944 A.2d 22

EDUCATION LAW CENTER, PLAINTIFF–RESPONDENT,
v. NEW JERSEY DEPARTMENT OF EDUCATION,
DEFENDANT–MOVANT.

February 5, 2008.

Granted.